689 A.2d 132

IN THE MATTER OF HUGO L. MORAS, AN ATTORNEY AT LAW.

March 7, 1997.

## ORDER

This matter having come before the Court by the March 3, 1997, order of the Superior Court, Chancery Division, Family Part in *Ottenberg v. Moras* (Docket No. FM 07–24204–81), the order having recited that said court had determined that HUGO L. MORAS of SOUTH ORANGE, an attorney at law of this State, had failed to comply with a prior order to pay child support arrearages;

And the matter having been referred to this Court pursuant to *Rule* 1:20–11A(a) for the suspension of the license of HUGO L. MORAS to practice law in this State;

And good cause appearing;

It is ORDERED that HUGO L. MORAS is suspended from the practice of law, effective immediately and until the further Order of the Court; and it is further

ORDERED that HUGO L. MORAS is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys.